UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IZEA REED, | ) | Case No. CV 10-2037 ODW(JC) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| ERNIE ROE, | ) ) | |
| Respondent. | ) ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

DATED: May 11, 2010

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE